## RECONSIDERATION OF PRIOR DECISIONS

**2010–1870.   Cincinnati Ins. Co. v. Oblates of St. Francis de Sales, Inc.**
Lucas App. No. L–09–1146, 2010-Ohio-4382. Reported at 127 Ohio St.3d 1546, 2011-Ohio-647, 941 N.E.2d 803. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

LANZINGER, J., not participating.

**2010–1921.   State v. Murphy.**
Scioto App. No. 09CA3311, 2010-Ohio-5031. Reported at 127 Ohio St.3d 1546, 2011-Ohio-647, 941 N.E.2d 803. On motion for reconsideration. Motion denied.

**2010–1936.   State v. Moulton.**
Cuyahoga App. No. 93726, 2010-Ohio-4484. Reported at 127 Ohio St.3d 1547, 2011-Ohio-647, 941 N.E.2d 803. On motion for reconsideration. Motion denied.

LANZINGER and CUPP, JJ., dissent.

**2010–1952.   Stewart v. Forum Health.**
Mahoning App. No. 09–MA–129, 2010-Ohio-4885. Reported at 127 Ohio St.3d 1547, 2011-Ohio-647, 941 N.E.2d 803. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., dissent.

**2010–1992.   State v. Moon.**
Cuyahoga App. No. 93673, 2010-Ohio-4483. Reported at 128 Ohio St.3d 1412, 2011-Ohio-828, 942 N.E.2d 384. On motion for reconsideration. Motion denied.

**2010–2055.   Lima v. Bowersock.**
Allen App. No. 1–10–53. Reported at 127 Ohio St.3d 1549, 2011-Ohio-647, 941 N.E.2d 805. On motion for reconsideration. Motion denied.

**2010–2106.   State v. Watkins.**
Franklin App. No. 09AP–669, 2010-Ohio-4187. Reported at 128 Ohio St.3d 1413, 2011-Ohio-828, 942 N.E.2d 385. On motion for reconsideration. Motion denied.

O'DONNELL and CUPP, JJ., dissent.

LUNDBERG STRATTON, J., dissents and would accept the appeal and hold the cause for the decision in 2010–1660, *State v. Palmer,* Franklin App. Nos. 09AP–956 and 09AP–957, 2010-Ohio-2421.

**2010–2149.   Huber v. State.**
Montgomery App. No. 23890, 2010-Ohio-5284. Reported at 127 Ohio St.3d 1550, 2011-Ohio-647, 941 N.E.2d 805. On motion for reconsideration. Motion denied.